# Order

Michigan Supreme Court
Lansing, Michigan

July 24, 2012

Robert P. Young, Jr.,
Chief Justice

144942

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                           SC: 144942
                                           COA: 307978
                                           Jackson CC: 09-006161-FC

JEFFREY PAUL INMAN,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the February 24, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 24, 2012                           _____

t0716                                           Clerk